IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>CHRISTINE VERNER,<br><br>Defendant | NO. 5: 08-MJ-04-05 (CWH)<br><br>REMOVAL PROCEEDINGS<br>NO. 2:08-CR-19 — N. D. Georgia |

# ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-named defendant is charged with a violation of the United States Code alleged to have been committed in the NORTHERN DISTRICT OF GEORGIA.

**Brief Description of Charges:**

> CONSPIRACY TO COMMIT ARMED BANK ROBBERY, 18 U.S.C. §1951 and BRANDISHING A FIREARM DURING A CRIME OF VIOLENCE, 18 U.S.C. §924(c)(1)(A)(I) and (ii).

After a hearing convened under provisions of Rule 5 and/or 40 of the Federal Rules of Criminal Procedure, the undersigned finds that pertinent documentation has been provided to the defendant and that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence.

☒ has been admitted by the defendant.

☐ The court further finds that the TEMPORARY DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant specifically **RESERVING** his right to a BOND/DETENTION HEARING in the district of prosecution; or,

☒ The court further finds that conditions for the release of this defendant can be set by the court to insure his/her appearance in the district of prosecution; a separate Order of Release has been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 24th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE